# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>TYRELL LEWIS,<br><br>                              Defendant. | Case No.: 14-CR-0369-W<br><br>**ORDER DENYING MOTION TO RECONSIDER REQUEST FOR COMPASSIONATE RELEASE UNDER 18 U.S.C. § 3582(c)(1)(A)** |

On August 13, 2020, this Court denied Defendant Tyrell Lewis's motion for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A). Defendant now moves the Court to reconsider the denial based on the large number of positive COVID-19 tests at Defendant's facility in November and December, the existence of new COVID-19 variants, and Defendant's contracting of COVID-19 in late November.

Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly

unjust, or (3) if there is an intervening change in controlling law." Sch. Dist. No. 1J, Multnomah Cty., Or. v. ACandS, Inc., 5 F.3d 1255, 1263 (9th Cir. 1993).

As noted in the Court's August 13, 2020 Order, Defendant's medical ailments do not constitute an "extraordinary and compelling reason" warranting a reduction in sentence under the United States Sentencing Commission Guidelines. [Doc. 97.] Neither an increased number of positive COVID-19 tests at Defendant's facility nor the existence of novel variants shift that analysis. The potential to contract COVID-19, which threatens every non-immune person in the country, is not an "extraordinary and compelling reason" under 18 U.S.C. § 3582(c). This is especially true for a person, such as Defendant, who has already contracted COVID-19 and now possesses a temporary immunity at least and a permanent immunity at best.

Defendant's motion for reconsideration is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 22, 2021

Hon. Thomas J. Whelan
United States District Judge